```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| COSTA BRAVA PARTNERSHIP III, LP, | |
| Plaintiff, | |
| v. | HONORABLE JOSEPH E. IRENAS |
| MEDQUIST INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., CBAY, INC., CBAYSYSTEMS HOLDINGS LIMITED, SAC CAPITAL MANAGEMENT, LLC, SAC PRIVATE CAPITAL GROUP, LLC, SAC PEI CB INVESTMENT, L.P., CLEMENT REVETTI, JR., GREGORY M. SEBASKY, SCOTT M. WEISENHOFF, and EDWARD H. SIEGEL, | CIVIL ACTION No. 08-3816 (JEI)  **ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER, DECLINING TO ISSUE AN ORDER TO SHOW CAUSE, AND GRANTING PLAINTIFF TWO WEEKS TO FILE SECOND AMENDED COMPLAINT** |
| Defendants. | |

**IRENAS**, Senior District Judge:

This matter having appeared before the Court on Plaintiff's Application for an Order to Show Cause with Temporary Restraints; the Court having considered the submissions of the parties and heard oral argument; for the reasons stated in the proceedings held in Open Court on August 5, 2008; and for good cause appearing;

**IT IS** on this 5th day of August, 2008,

**ORDERED THAT:**

1. Plaintiff's Application for a Temporary Restraining Order is hereby **DENIED.**

2. The Court declines to issue an Order to Show Cause.

3. The case will proceed in accordance with all applicable

      federal and local rules, but with an expedited discovery schedule to be determined at a later date.

4. Plaintiff is hereby granted two weeks from the date of this Order to file its Second Amended Complaint.

5. The Court will conduct an in-person status conference with all parties on <u>Wednesday, September 24, 2008 at 10:30am</u>. The conference will be held in Chambers.

                                      <u>s/ Joseph E. Irenas</u>
                                      **JOSEPH E. IRENAS, S.U.S.D.J.**