UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

Office: Camden                                    Proceeding Date: 8/5/08

**SENIOR JUDGE Joseph E. Irenas**

Court Reporter: Frank Gable

Other(s):

Title of Case:                                    Docket # Civil 08-3816
Costa Brava Partnership III.LP
        v.
MEDQUIST, INC., et al

Appearances:
Andrew K. Glenn, Trevor J. Welch, Eric S. Askanase, Jeffrey Testa, Andrew Siegel, David Shapiro and Seth Hamot, Esqs. for Pltf.
Robert Hickok and Angelo Stio, III, Esqs. for Deft. Medquist
Brian Frawley, Michael Griffinger and Lan Hoang, Esqs. for Deft. Koninklijke Philips Electronics N.V.
Sheila Sadighi and Nicholas DeFies, Esqs. for CBAY Defts.
Jonathan Youngwood, William J. Hughes, Jr., and Daniel Clivner, Esqs. for SAC Defts.
Jonathan M. Korn, James V. Masella, III and Kit Applegate, Esqs. for Defts. Revetti, Sebasky, Weisenhoff and Siegel

Nature of Proceedings:   TRO Hearing
Hearing on motion by pltf. for a temporary restraining order.
Ordered motion DENIED.
Ordered pltf. to amend complaint within two weeks.
Ordered expedited discovery schedule to be set.
Order to be entered.


Time Commenced: 10:30 A.M.         Time Adjourned: 2:30 P.M  (3 Hours total)


                                                       s/ *Dolores A. Seksnel*
                                                       **DEPUTY CLERK**